**Terry Randall CROCKER,
Petitioner—Appellant,**

v.

**WARDEN, Perry Correctional
Institution, Respondent—
Appellee.**

**No. 09–6761.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Terry Randall Crocker, Appellant Pro
Se. Donald John Zelenka, Deputy Assis-
tant Attorney General, Columbia, South
Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Terry Randall Crocker seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2006) petition. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2006). A certificate of ap-
pealability will not issue absent "a sub-
stantial showing of the denial of a constitu-

tional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Crocker has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*